**Timothy A. PLEDGER, Plaintiff–Appellant,**

v.

**The CITY OF VIRGINIA BEACH, A Virginia Municipal Corporation, Defendant–Appellee.**

**No. 02–1511.**

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Timothy A. Pledger, Appellant Pro Se. Christopher Scott Boynton, Kimberly Rouse Essendelft, City Attorney's Office, Virginia Beach, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Timothy A. Pledger appeals the district court's order denying his motion to reconsider under Fed.R.Civ.P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pledger v. City of Virginia*, No. CA–00–598–2 (E.D.Va. Apr. 12, 2002). We deny Pledger leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*